IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FARM CREDIT SERVICES OF NORTH DAKOTA PCA,<br><br>                 Plaintiff,<br><br>vs.<br><br>A & C SOARING EAGLE TRUCKING and CLINTON R. MULLIN, JR.,<br><br>                 Defendant. | CV 17-117-BLG-TJC<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Defendants A & C Soaring Eagle Trucking and Clinton R. Mullin, Jr. ("Defendants") have filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 10.) Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

Defendants' counsel, Gary S. Deschenes, may appear by telephone at the November 30, 2017 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 13th day of November, 2017.

                                                  _____
                                                  TIMOTHY J. CAVAN
                                                  United States Magistrate Judge