IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FARM CREDIT SERVICES OF NORTH DAKOTA PCA,<br><br>Plaintiff,<br><br>vs.<br><br>A & C SOARING EAGLE TRUCKING; CLINTON R. MULLIN, JR.,<br><br>Defendants. | CV 17-117-BLG-TJC<br><br>**ORDER OF RECUSAL** |

IT IS ORDERED that I hereby recuse myself from all further proceedings in this action. The Clerk of the Court is directed to notify Chief Judge Dana L. Christensen of this Order for reassignment of this case.

IT IS FURTHER ORDERED that the Preliminary Pretrial Conference set for November 30, 2017 at 11:00 a.m. is VACATED and will be rescheduled following reassignment of the case.

**IT IS ORDERED.**

DATED this 27th day of November 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge