**FILED**

JUL 24 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FARM CREDIT SERVICES OF NORTH DAKOTA PCA, <br><br>Plaintiff/Counter-Defendant, <br><br>vs. <br><br>A & C SOARING EAGLE TRUCKING; and CLINTON R. MULLIN, JR., <br><br>Defendant/Counter-Claimant. | CV 17–117–BLG–DWM <br><br><br>ORDER |

Defendant Clinton Ray Mullin, Jr. filed a Suggestion of Bankruptcy, providing notice that he has filed a petition for bankruptcy, Cause No. 18-60691-12. (Doc. 61.) He states that his petition operates as an automatic stay of all claims stated in the underlying complaint in this case.

Based on the filing of the bankruptcy petition, IT IS ORDERED that this case is STAYED. 11 U.S.C. § 362. The bench trial set for October 15, 2018, and all related deadlines are VACATED.

IT IS FURTHER ORDERED that the parties must provide the Court with a status report on the progress of the bankruptcy proceeding by every February 1 and

1

August 1 going forward. Additionally, Plaintiff shall file a status report within thirty (30) days of the conclusion of the bankruptcy case.

DATED this 24th day of July, 2018.

Donald W. Molloy, District Judge
United States District Court